# First District Court of Appeal
## State of Florida

———————————————

No. 1D17-5432

———————————————

J.F., Mother of J.L. and T.T.,
Minor Children,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

———————————————

On appeal from the Circuit Court for Duval County.
Suzanne Bass, Judge.

July 2, 2018

Per Curiam.

    Affirmed.

B.L. Thomas, C.J., and Osterhaus and Bilbrey, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Nicholas Martino, Jacksonville, for Appellant.

Ward L. Metzger, Appellate Counsel, Department of Children and Families, Jacksonville, for Appellee.